# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTIAN MENDEZ, | : |
| Plaintiff, | : CIVIL ACTION FILE NO. |
| v. | : 1:22-CV-01445-MHC-RDC |
| EMORY HEALTHCARE, INC., | : |
| Defendant. | : |

## NOTICE OF APPEARANCE OF TONI J. READ

COMES NOW Toni J. Read and enters her appearance as counsel in the above-captioned civil action on behalf of Defendant Emory Healthcare, Inc.

Respectfully submitted this 27th day of May, 2022.

> LEWIS BRISBOIS BISGAARD & SMITH LLP
>
> /s/ *Toni J. Read*
> Toni J. Read
> Georgia Bar No. 140982
> 600 Peachtree Street, Suite 4700
> Atlanta, GA 30308
> Telephone: (404) 567-6589
> toni.read@lewisbrisbois.com
>
> ***Attorneys for Defendant***
> ***Emory Healthcare, Inc.***

1

4871-9956-9186.1

# CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this ***NOTICE OF APPEARANCE OF TONI J. READ*** complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this ***NOTICE OF APPEARANCE OF TONI J. READ*** has been typed in Times New Roman 14 count.

> */s/ Toni J. Read*
> Toni J. Read