FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 31 2022

KEVIN P. WEIMER, Clerk
By: /s/ Deputy Clerk

This form to be completed by the United States District Court Clerk's Office and dated and signed by the Defendant only.

## WAIVER OF SERVICE OF SUMMONS

TO: THE CLERK OF COURT, NORTHERN DISTRICT OF GEORGIA on behalf of:

Christian Mendez

I acknowledge receipt of your request that I waive service of a summons in the action of Mendez v. Emory Healthcare, Inc., which is case number 1:22-cv-1445-MHC-RDC, in the United States District Court for the Northern District of Georgia, Atlanta Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity of whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not filed with the court and served upon you within 60 days after May 9, 2022, or within 90 days after that date if the request was sent outside the United States.

May 26, 2022
Date

_[Signature]_
Signature
Printed/Typed Name: John S. Snelling

[as Attorney for Defendant
[of Lewis Brisbois ]
600 Peachtree St. NE, Ste 4700
Atlanta, GA 30308

This form to be completed by the United States District Court Clerk's Office and dated and signed by the Defendant only.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 31 2022

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

## WAIVER OF SERVICE OF SUMMONS

TO: THE CLERK OF COURT, NORTHERN DISTRICT OF GEORGIA on behalf of:

Christian Mendez

I acknowledge receipt of your request that I waive service of a summons in the action of Mendez v. Emory Healthcare, Inc., which is case number 1:22-cv-1445-MHC-RDC, in the United States District Court for the Northern District of Georgia, Atlanta Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity of whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not filed with the court and served upon you within 60 days after May 9, 2022, or within 90 days after that date if the request was sent outside the United States.

May 26, 2022
Date

[signature]
Signature
Printed/Typed Name: John S. Snelling

[as Attorney for Defendant
[of Lewis Brisbois ]
600 Peachtree St. NE, Ste 4700
Atlanta, GA 30308

This form to be completed by the United States District Court Clerk's Office and dated and signed by the Defendant only.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 31 2022

KEVIN P. WEIMER, Clerk
By: /s/ Scott
Deputy Clerk

## WAIVER OF SERVICE OF SUMMONS

TO: THE CLERK OF COURT, NORTHERN DISTRICT OF GEORGIA on behalf of:

Christian Mendez

I acknowledge receipt of your request that I waive service of a summons in the action of Mendez v. Emory Healthcare, Inc., which is case number 1:22-cv-1445-MHC-RDC, in the United States District Court for the Northern District of Georgia, Atlanta Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity of whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not filed with the court and served upon you within 60 days after May 9, 2022, or within 90 days after that date if the request was sent outside the United States.

May 26, 2022
Date

/s/ John S. Snelling
Signature
Printed/ John S. Snelling
Typed Name: _____
[as Attorney for Defendant
[of Lewis Brisbois ]
600 Peachtree St. NE, Ste 4700
Atlanta, GA 30308



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 3 1 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

John S. Snelling
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
John.Snelling@lewisbrisbois.com
Direct: 404.567.6588

May 26, 2022

Jill Ayers, Deputy Clerk
US District Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    Civil Action No. 1:22-cv-1445-MHC-RDC; *Christian Mendez v. Emory Healthcare, Inc.*; U.S. District Court, Northern District of Georgia, Atlanta Division

Dear Ms. Ayers:

    I have been retained to represent Defendant Emory Healthcare, Inc. in the above-referenced civil action, filed by Christian Mendez. Enclosed please find three copies of Defendant's executed Waiver of Service of Summons. Please let me know if you have any questions of concerns.

    Thank you.

                           Very truly yours,

                            *John S. Snelling*

                            John S. Snelling of
                            LEWIS BRISBOIS BISGAARD &
                            SMITH LLP

JSS:sds

**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

600 Peachtree Street NE
Suite 4700
Atlanta, Georgia 30308
John S. Snelling



ATLANTA METRO 301
28 MAY 2022 PM 5 L

quadient
FIRST-CLASS MAIL
IMI
$000.53
05/26/2022 ZIP 30309
043M31213415
US POSTAGE

CLEARED DATE
MAY 31 2022
U.S. Marshals Service
Atlanta, GA 30303

Jill Ayers, Deputy Clerk
US District Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

30952.168                30303-331861