## In The United District Court of Georgia, Northern Division

**Christian Mendez, Plaintiff**

Vs.

**Emory Healthcare, Defendant**

Case Number 1:22-cv-01445-MHC-RDC

**FILED IN CLERK'S OFFICE**
U.S.D.C. - Atlanta

JUL 22 2022

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

## CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Dear Honorable Judge,

I am in receipt of the Defendant's Motion to Dismiss my Complaint. I am currently working on assignment and require an extension of time to file my response. The Defendant's Legal Counsel has consented to me filing my response no later than September 8, 2022.

I am requesting until September 8, 2022, to file my response to the Defendant's Motion to Dismiss.

Respectfully,

Christian Mendez

## CERTIFICATE OF SERVICE

I mailed a copy of this Motion to Defendant's legal counsel, on this 22nd day of July, 2022, at

**John Shiver Snelling**
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street, NE
Suite 4700
Atlanta, GA 30308
**Toni Read**
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street, NE
Suite 4700
Atlanta, GA 30308

Respectfully,

*/s/ Christian Mendez*
Christian Mendez