IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTIAN MENDEZ,<br><br>  Plaintiff,<br><br>v.<br><br>EMORY HEALTHCARE, INC.,<br>*d/b/a Emory University Hospital*,<br><br>  Defendant. | CIVIL ACTION NO.<br>1:22-cv-01445-MHC-RDC |

## **ORDER**

Plaintiff has moved, with Defendant's consent, to extend the deadline for responding to Defendant's pending motion to dismiss from July 22, 2022 through September 8, 2022. (Doc. 13). Plaintiff advises that he is and will be on a work assignment during the interim and therefore unable to prepare a response. For good cause shown, the motion is **GRANTED**. Plaintiff's response must be filed by **September 8, 2022**. No further extensions will be granted absent extraordinary and unforeseen circumstances.

IT IS SO **ORDERED** on this 25th day of July 2022.

_____
REGINA D. CANNON
United States Magistrate Judge